### POLHEMUS v. ANNIN.

Trespass and assumpsit cannot be joined in the same action.   Interest not allowed on an open account.

*Certiorari* to Justice Opdyke.

It appeared that Annin, the plaintiff below, had sued Polhemus for detaining his mare thirty days, and in the same suit had also charged him with goods sold, and with interest on the account; all which were allowed by the justice, who gave judgment for the amount of the plaintiff's claim.

PER CUR.   The demands for an illegal detention of the plaintiff's property and for goods sold, cannot be joined in the same action.   The allowance of interest upon an open account is also illegal.

Reverse the judgment.